IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIMI MY HUONG LE, | No. 2:12-CV-1845-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| MILLER, | |
|     Respondent. | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Petitioner has not filed a complete signed application to proceed in forma pauperis, along with a "certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases, or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). In particular, while petitioner has filed a request to proceed in forma pauperis along with the required certification, the application is not signed as required under Eastern District of California Local Rule 131(b). Petitioner will be provided the opportunity to submit either a completed and signed application to

proceed in forma pauperis, or pay the appropriate filing fee.  Petitioner is warned that failure to comply with this order may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 110.

Petitioner seeks the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Petitioner's motion for an evidentiary hearing and for discovery will be addressed at a later stage in the proceedings.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel (Doc. 2) is denied without prejudice to renewal, at the earliest, after a response to the petition has been filed;

2. Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete and signed application for leave to proceed in forma pauperis, with the certification required by Rule 3(a)(2), or pay the appropriate filing fee; and

3. The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED:  July 27, 2012

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2