1

2

3

4

5

6

7

8                        **IN THE UNITED STATES DISTRICT COURT**

9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    MIMI MY HUONG LE,                       No. 2:12-CV-1845-CMK-P

12             Petitioner,

13        vs.                                  <u>ORDER</u>

14    MILLER,

15             Respondent.

16    _____/

17             Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.

19             Petitioner has not filed a complete <u>signed</u> application to proceed in forma

20    pauperis, along with a "certification from the warden or other appropriate officer of the place of

21    confinement showing the amount of money or securities that the petitioner has in any account in

22    the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases,

23    or paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  In particular, while petitioner

24    has filed a request to proceed in forma pauperis along with the required certification, the

25    application is not signed as required under Eastern District of California Local Rule 131(b).

26    Petitioner will be provided the opportunity to submit either a completed and <u>signed</u> application to

1  proceed in forma pauperis, or pay the appropriate filing fee.  Petitioner is warned that failure to
2  comply with this order may result in the dismissal of this action for lack of prosecution and
3  failure to comply with court rules and orders.  See Local Rule 110.

4            Petitioner seeks the appointment of counsel.  There currently exists no absolute
5  right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453,
6  460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any
7  stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254
8  Cases.  In the present case, the court does not find that the interests of justice would be served by
9  the appointment of counsel at the present time.

10            Petitioner's motion for an evidentiary hearing and for discovery will be addressed
11  at a later stage in the proceedings.

12            Accordingly, IT IS HEREBY ORDERED that:

13            1.      Petitioner's motion for appointment of counsel (Doc. 2) is denied without
14  prejudice to renewal, at the earliest, after a response to the petition has been filed;

15            2.      Petitioner shall submit on the form provided by the Clerk of the Court,
16  within 30 days from the date of this order, a complete and signed application for leave to proceed
17  in forma pauperis, with the certification required by Rule 3(a)(2), or pay the appropriate filing
18  fee; and

19            3.      The Clerk of the Court is directed to send petitioner a new form
20  Application to Proceed In Forma Pauperis By a Prisoner.

21
22   DATED:  July 27, 2012
23
24   CRAIG M. KELLISON
     UNITED STATES MAGISTRATE JUDGE
25
26

2